IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                CRIMINAL ACTION NO. 1:04cr89WJG-JMR

TIBURCIO MARTINEZ-SALGADO

ORDER DISMISSING PROPERTY FROM FORFEITURE

THIS MATTER is before the Court on motion [17] of the United States of America [United States] to dismiss the following property from the forfeiture count of the Indictment, (Ct. R., Doc 15.):

PERSONAL PROPERTY

$31,680.00 in United States Currency

As represented in the motion of the United States, the above-described property was administratively forfeited to the United States. (Ct. R., Doc. 17-2.) The Court, therefore, finds that the motion is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that the above-described property be dismissed from the forfeiture count of the Indictment.

SO ORDERED AND ADJUDGED this the 30th day of September, 2008.

*Walter J. Gex III*
UNITED STATES SENOR DISTRICT JUDGE

Page 1 of 1